**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| NOTICE TYPE | NOTICE DATE |
| --- | --- |
| Receipt | February 17, 2025 |

| CASE TYPE | |
| --- | --- |
| I-485, Application to Register Permanent Residence or Adjust Status | USCIS ALIEN NUMBER |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| --- | --- | --- |
| IOE0930125447 | February 12, 2025 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| --- | --- | --- |
| February 12, 2025 | Unmarried child under 21 of a U.S. citizen | September 11, 2016 |

A█ I█████ D█ L███
C/O TIMOTHY E. WICHMER WICHMER AND GRONECK LLC
17 00005812
15400 SOUTH OUTER 40 RD STE 104
CHESTERFIELD, MO 63017

**PAYMENT INFORMATION:**

| | |
| --- | --- |
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
| --- | --- |
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 | |
| Lee's Summit, MO 64002 | |







Ex. B

If this case... [...] appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21